No. 3,698.—STATE EX REL. JOS. T. BERTHELOTE, RELATOR,
v. J. B. LESLIE ET AL.

Original application for writ of mandate against the District
Court of Cascade County, and J. B. Leslie, a judge thereof.

Decided March 11, 1916.

PER CURIAM.—Relator's motion to dismiss the application
herein is hereby granted and the cause is accordingly dismissed.

*Mr. L. V. Beaulieu*, for Relator.

———

No. 3,827.—STATE EX REL. JOHN NELSON, APPELLANT, v.
MAYOR OF THE CITY OF BUTTE ET AL., RESPONDENTS.

*Appeal from District Court, Silver Bow County.*

Decided March 20, 1916.

PER CURIAM.—Respondent's motion to dismiss the appeal
herein, because of delay in filing transcript, is hereby granted.

*Mr. W. E. Carroll*, for Appellant.

*Messrs. J. V. Dwyer, John A. Groeneveld*, and *Mr. N. A. Rotering*, for Respondents.